IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 12-cr-00169-RBJ

UNITED STATES OF AMERICA,

 Plaintiff,

v.

7. ALEJANDRO CASTRO,

 Defendant.

---

ORDER FOR RELEASE ON BOND WITH CONDITIONS

---

 THIS MATTER came before the Court for a detention hearing on July 23, 2012.

 The defendant has, in a separate case (12-cr-00265-JLK) involving the same charges,[1] had a bond hearing wherein the court set bond in the amount of $50,000.00, fully secured by cash or property and delayed release until the conditions of bond were met. The defendant remains in custody. This court adopts the findings and conclusions of Magistrate Judge Kristen Mix in that separate case and, without objection, therefore incorporates the conditions for release on bond as applicable to this case also, thereby entitling the defendant to release on bond as noted should the conditions be met. Until that occurs,

 IT IS HEREBY ORDERED that the defendant is committed to the custody of the Attorney General or their designated representative for confinement in a corrections facility

---

[1] This case was dismissed on July 17, 2012.

separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

IT IS FURTHER ORDERED that the defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States of America, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with this proceeding.

Dated: July 23, 2012

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge