IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Date: June 24, 2013 |
| Court Reporter: Kara Spitler | Probation: Katrina Devine |
| Interpreter: Marcela Salazar | |

Criminal Action No. 12-cr-00169-RBJ-3

*Parties*:                                                                 *Counsel*:

UNITED STATES OF AMERICA,                          Barbara Skalla

   Plaintiff,

v.

JULIO CEASAR LINARES SOLORIO,                 Richard Stuckey

   Defendant.

**SENTENCING MINUTES**

**Court in session:**      1:16 p.m.

Appearances of counsel.

Defendant is present in custody.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, defendant's children, defendant's wife, counsel for the government and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on April 5, 2013 to Count Two of the Superseding Indictment.

**ORDERED:** Motion for Variance From Guideline Sentence [398] is DENIED.

**ORDERED:** Government's Motion Regarding U.S.S.G. Section 3E1.1(b) [409] is GRANTED.

**ORDERED:** Defendant shall be **imprisoned** for **108 months.**

Court RECOMMENDS that defendant receive credit for **460 days** spent in custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at the facility nearest to Lubbock, Texas.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** Count One is DISMISSED.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:** 1:58 p.m.

Hearing concluded.

Total time: 00:42