IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00169-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

4.     ARTURO JUNIOR BARRAZA,
       aka Junior,

       Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On July 31, 2013, the United States and defendant ARTURO JUNIOR BARRAZA entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under Title 21, United States Code, Section 853 and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. 431).

THAT the requisite nexus exists between the $5,560.00 in United States Currency and the charges that defendant Arturo Junior Barraza pleaded guilty to.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third

1

parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant's interest in $5,560.00 in United States Currency is forfeited to the United States in accordance with Title 21, United States Code, Section 853. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States Marshals Service is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings. Fed. R. Crim. P. 32.2(e)(1).

SO ORDERED this 15th day of August, 2013.

                        BY THE COURT:

                        */s/ Brooke Jackson*

                        R. BROOKE JACKSON
                        United States District Court Judge