IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Courtroom Deputy: | Laura Galera | Date: | November 4, 2013 |
|---|---|---|---|
| | Julie Dynes | Probation: | Laura Ansart |
| Court Reporter: | Kara Spitler | | |

Criminal Action No. 12-cr-00169-RBJ

*Parties*:  *Counsel*:

UNITED STATES OF AMERICA,   Barbara Skalla

   Plaintiff,

v.

4. ARTURO JUNIOR BARRAZA,   Jonathan Willett

   Defendant.

## SENTENCING MINUTES

**Court in session:**   **1:02 p.m.**

Appearances of counsel.

Defendant is present in custody.

Counsel requests an ex parte hearing be held in chambers with defendant's permission.

**Court in recess:**   **1:05 p.m.**
**Court in session:**   **1:06 p.m.**

Defendant not present.

Counsel for the government and defendant are present ex parte in chambers and discuss sentencing with the Court.

**Court in recess:**   **1:19 p.m.**
**Court in session:**   **1:37 p.m.**

Court resumes in open court with defendant present.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, defendant's brother, defendant's sister, counsel for the Government, and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on July 31, 2013 to Count Three of the Superseding Indictment.

The Court SUSTAINS defendant's objection regarding paragraph #7 of the Presentence Investigation Report but denies all other objections.

For the reasons as stated on the record it is:

**ORDERED:** Defendant's Combined Sentencing Memorandum Concerning Objections to the Presentence Report, Motion for Variance, and Downward Departure [Doc. No. 461, filed October 30, 2013] is GRANTED.

**ORDERED:** Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e) [Doc. No. 462, filed October 31, 2013] is GRANTED.

**ORDERED:** Defendant shall be **imprisoned** for **EIGHTY (80) months.**

Court RECOMMENDS that defendant receive credit for **476** days spent in custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at FCI Florence .

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **five (5) years.**

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S.

|        | Sentencing Commission. |
|--------|------------------------|
| (**X**) | Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance. |
| (**X**) | Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer. |

**ORDERED:** **Special Conditions** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** Count One of the Superseding Indictment is DISMISSED.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** The Court enters an Order of Forfeiture in the amount of $5,560.00.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:** 2:25 p.m.

Hearing concluded.

Total time: 1:04